UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEANNE SCHAEFFER,

    Plaintiff,

v.                                    CASE NO: 8:04-cv-2151-T-23MAP

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

**ORDER**

The Court is advised that this matter is concluded and will be dismissed. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate all pending motions and (2) close the file.

    ORDERED in Tampa, Florida, on May 2, 2005.

                                                    STEVEN D. MERRYDAY
                                             UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy