UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEANNE SCHAEFFER,

    Plaintiff,

v.                                                      CASE NO: 8:04-cv-2151-T-23MAP

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

**ORDER**

The parties file a stipulation (Doc. 15) for dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. The stipulation (Doc. 15) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

ORDERED in Tampa, Florida, on May 30, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy